LAW OFFICES OF ROBERT I. SEGAL, P.A.
71 N. Main Street
Medford, New Jersey 08053
(609) 953-1200

Attorneys for Plaintiff

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE MOORE AND LAUREN RAMSEY | : |
| | : |
| Plaintiff(s) | : |
| | : |
| vs. | : No: 1:13-cv-02233-JHR-AMD |
| | : |
| JAMES E. BECK, GREYHOUND LINES, INC., | : CIVIL ACTION |
| AND JOHN DOE I THROUGH III, | : |
| | : **CONSENT ORDER TO AMEND** |
| Defendant(s) | : **CAPTION** |

---

**THIS MATTER** having been brought before the Court upon the application of Danielle J. Walcoff, Esquire of the Law Offices of Robert I. Segal, P.A., attorneys for plaintiffs, Eugene Moore and Lauren Ramsey (recently deceased) and defendant, James E. Beck and Greyhound Lines, Inc., being represented by Justin A. Bayer, Esquire by way of Order, both parties hereby consent to amend the caption of the complaint by changing Plaintiff, Lauren Ramsey to The Estate of Lauren Ramsey.

_____ 2/20/14
Anne Marie Donio, United States Magistrate Judge

Dated: January 31, 2014

I hereby consent to the form and entry of the within Order.

_____
DANIELLE J. WALCOFF, ESQUIRE
Attorney for Plaintiffs

_____
JUSTIN A. BAYER, ESQUIRE
Attorney for Defendant